

FILED

06/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0065

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0065

L. CRAIG SEMENZA,

Plaintiff and Appellant,

v.

HOLLISTER A. LARSON, et al., HOLLY JEAN
LARSON, both individually and collectively d/b/a
FIRST & MAIN BUILDING,

Defendants and Appellees.

FILED

JUN 17 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant L. Craig Semenza has filed a motion for extension of time within which to file his opening brief.

Upon consideration of Appellant's motion for extension of time,

IT IS HEREBY ORDERED that Appellant's motion for extension is GRANTED. Appellant has until July 15, 2022, within which to file his opening brief.

DATED this 17 day of June, 2022.

For the Court,

_____
Chief Justice